IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Mickey R. Rhoades<br>Denise J. Rhoades<br>Debtors | : | Chapter 13<br>Case No: 15-01495-RNO |
| Mickey R. Rhoades<br>Denise J. Rhoades | : | |
| v. | : | |
| M&T Bank | : | Motion for Sale Free and Clear of Liens |

### AFFIDAVIT OF FREDERICK VALENTIN

The deponent, being duly sworn according to law, deposes and says:

1. My name is Frederick W Valentin. I am a licensed real estate agent in the Commonwealth of Pennsylvania with Riley & Associates Realtors, 73 East Forrest Avenue, Suite 150, Shrewsbury, PA 17361.

2. I entered into a Listing Contract with the Debtors, Mickey and Denise Rhoades to list their home at 80 1st Avenue, Red Lion, Pennsylvania for sale.

3. Before marketing the Debtor's home, I conducted a comparative market analysis to determine the value at which to list and ultimately sell the home. My comparative market analysis indicated approximately $110,000.00-$115,000.

4. I marketed the debtor's home through various means, including, without limitation, the multiple listing service, various internet marketing sites, and signs.

5. Through the above-referenced marketing efforts, I located the present buyer, Austin Dettinger through their agent, Jennifer Staub at Keller Williams. The buyer is a stranger. I do not know the buyer or his agent personally.

6. Through arms-length negotiations, we negotiated the purchase price of $112,900.00 and entered into the contract that is attached to the sale motion and believe that this is the highest and best price that we can obtain from prospective purchasers given the market conditions under which the house is listed and the properties current condition.

Date: 09/17/2019

_Frederick Valentin_

COMMONWEALTH OF PENNSYLVANIA  : 
: SS.
COUNTY OF YORK : 

On this day, the 17th day of September, 2019, before me, a Notary Public, the undersigned, personally appeared Frederick Valentin known to me (or satisfactorily proven) to be the person(s) whose name is subscribed to the within.

In WITNESS WHEREOF, I have hereunto set my hand and official seal.

_____ (SEAL)
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Brittney M. Nelson, Notary Public
Shrewsbury Boro, York County
My Commission Expires July 11, 2020
MEMBER, PENNSYLVANIA