```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 15-01495-HWV
Mickey R. Rhoades                                               Chapter 13
Denise J. Rhoades
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: DDunbar            Page 1 of 1           Date Rcvd: Sep 18, 2019
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
             M&T Bank,   PO Box 1508,   Buffalo, NY 14140-1508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor   M&T Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael R Caum    on behalf of Debtor 1 Mickey R. Rhoades mikecaumesq@comcast.net
              Michael R Caum    on behalf of Debtor 2 Denise J. Rhoades mikecaumesq@comcast.net
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Mickey R. Rhoades :
      Denise J. Rhoades : Chapter 13
                    Debtors : Case No: 15-01495-RNO

Mickey R. Rhoades :
Denise J. Rhoades :

v. :

M&T Bank : Motion for Sale Free and Clear of Liens

## ORDER APPROVING DEBTOR'S MOTION TO SELL REAL ESTATE

This matter having come before the Court on Debtors' *Motion to Sell Debtor's Real Estate*, filed within, notice having been given to all creditors with no objection having been filed, and no hearing having been requested; it is hereby

**ORDERED,** that the Debtors are hereby authorized to sell the real estate described herein as 80 1st Avenue, Red Lion, York County, Pennsylvania at the respective price set forth herein; and it is further

**ORDERED,** that the Debtors are authorized to sell the property described above upon such terms and conditions as set forth in the Motion filed herein.

Dated: September 18, 2019      By the Court,

                                                              *Henry W. Van Eck*
                                                    Henry W. Van Eck, Bankruptcy Judge (JH)