October 3, 2019

Clerk of the United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

Re: Mickey R. and Denise J. Rhoades
     Bankruptcy Case No: 15-01495

Dear Sir/Madam:

Please amend the Debtor's address from

80 First Avenue
Red Lion, PA 17356

to

14857 Hyson School Road
Stewartstown, PA 17363

If you have any questions, please do not hesitate to contact me.

Sincerely,

/s/ Michael R. Caum

Michael R. Caum

MRC/bmn