December 23, 2019

Clerk of the United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

Re: Mickey R. and Denise J. Rhoades
     Bankruptcy Case No: 15-01495

Dear Sir/Madam:

    Please amend the Debtor's address

Denise J. Rhoades
125 Henrietta Street, Apt. 4
Red Lion, PA 17356

and

Mickey Rhoades
14957 Hyson School Road
Stewartstown, PA 17363

    If you have any questions, please do not hesitate to contact me.

                   Sincerely,

                   /s/ Michael R. Caum

                   Michael R. Caum

MRC/bmn