Certificate Number: 17572-PAM-DE-034200884

Bankruptcy Case Number: 15-01495



17572-PAM-DE-034200884

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on March 8, 2020, at 7:34 o'clock PM PDT, Mickey R Rhoades completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 8, 2020         By:   /s/Leigh-Anna M Thompson

                            Name: Leigh-Anna M Thompson

                            Title: Counselor