Certificate Number: 12433-PAM-DE-034068805

Bankruptcy Case Number: 15-01495



12433-PAM-DE-034068805

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 9, 2020</u>, at <u>12:15</u> o'clock <u>PM EST</u>, <u>Denise J. Rhoades</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 9, 2020</u>

By: <u>/s/Lance Brechbill</u>

Name: <u>Lance Brechbill</u>

Title: <u>Teacher</u>