```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 15-01495-HWV
Mickey R. Rhoades                                                   Chapter 7
Denise J. Rhoades
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke            Page 1 of 1           Date Rcvd: Mar 09, 2020
                              Form ID: ntfnmg            Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db             +Mickey R. Rhoades,    14957 Hyson School Road,    Stewartstown, PA 17363-9495
jdb            +Denise J. Rhoades,    125 Henrietta Street, Apt. 4,    Red Lion, PA 17356-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    M&T Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)     lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Michael R Caum    on behalf of Debtor 1 Mickey R. Rhoades mikecaumesq@comcast.net
              Michael R Caum    on behalf of Debtor 2 Denise J. Rhoades mikecaumesq@comcast.net
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Mickey R. Rhoades, | Chapter 7 |
| **Debtor 1** | |
| Denise J. Rhoades, | Case No. 1:15−bk−01495−HWV |
| **Debtor 2** | |

## Notice

**Notice of Requirement to File Certification About a Financial Management Course:**

No discharge can be entered until you file a Certification About a Financial Management Course (Official Form 423). See Fed. R. Bankr. P. 1007. If the Certification is not filed on or before **March 22, 2020**, this case may be closed without a discharge. A Motion to Reopen a closed case to permit the filing of the Certification will require payment of the reopening fee.

Official Form 423 can be accessed at http://www.uscourts.gov/forms/bankruptcy−forms.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Ronald Reagan Federal Building | Terrence S. Miller |
| 228 Walnut St, Rm 320 | Clerk of the Bankruptcy Court: |
| Harrisburg, PA 17101−1737 | By: DaneishaDunbarYancey, Deputy Clerk |
| (717) 901−2800 | |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 9, 2020 |

ntfnmg(04/18)