```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 15-01495-HWV
Mickey R. Rhoades                                                       Chapter 7
Denise J. Rhoades
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 2            Date Rcvd: Apr 02, 2020
                              Form ID: 318                 Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db             +Mickey R. Rhoades,    14957 Hyson School Road,    Stewartstown, PA 17363-9495
jdb            +Denise J. Rhoades,    125 Henrietta Street, Apt. 4,    Red Lion, PA 17356-2124
4630942         Anesthesia Associates of York,    PO Box 70240,    Philadelphia, PA 19176-0240
4630945        +Constellation New Energy,    c/o CBCS,    PO Box 2724,    Columbus, OH 43216-2724
4638256         M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
4630948        +Memorial Hospital,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
4672422        +Memorial Hospital of York,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
4630950        +OSS Orthopaedic Hospital,    PO Box 347371,    Pittsburgh, PA 15251-4371
4630951        +Pediatric Care of York, P.C.,    2675 Joppa Road,    York, PA 17403-5160
4630954        +The Women's Healthcare Group,    1693 South Queen Street,    York, PA 17403-4609
4630955        +Victoria W. Chen, Esquire,    Ste 500-BNY Mellon Indep. Ctr,    701 Market Street,
                 Philadelphia, PA 19106-1538
4630956        +York Hospital,    1001 South George St.,    York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4636148         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 19:59:30      CACH, LLC,
                 PO Box 10587,    Greenville SC 29603-0587
4630943        +EDI: RMSC.COM Apr 02 2020 23:43:00      CareCredit/Sychrony Bank,    Attn: Bankruptcy Dept,
                 PO Box 965061,    Orlando, FL 32896-5061
4630944        +EDI: CITICORP.COM Apr 02 2020 23:43:00      Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
4682891        +EDI: CITICORP.COM Apr 02 2020 23:43:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
4643418         E-mail/Text: camanagement@mtb.com Apr 02 2020 19:58:14      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
4630946         E-mail/Text: camanagement@mtb.com Apr 02 2020 19:58:14      M&T Bank,    One Fountain Plaza,
                 Buffalo, NY 14203
4630947        +E-mail/Text: apierce@nrsolutionsllc.com Apr 02 2020 19:58:25      M&T Bank,
                 c/o National Recovery Solutions,    PO Box 322,    Lockport, NY 14095-0322
4630949        +E-mail/Text: Bankruptcies@nragroup.com Apr 02 2020 19:58:36      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4682903         EDI: PRA.COM Apr 02 2020 23:43:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
4924066        +EDI: Q3G.COM Apr 02 2020 23:43:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                 MOMA Funding LLC 98083-0788
4924065         EDI: Q3G.COM Apr 02 2020 23:43:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
4630952         EDI: SEARS.COM Apr 02 2020 23:43:00      Sears Credit Cards,    PO Box 6283,
                 Sioux Falls, SD 57117-6283
4635641        +EDI: STF1.COM Apr 02 2020 23:43:00      SunTrust Bank,    Attn: Support Services,
                 P.O. Box 85092,    Richmond, VA 23286-0001
4630953         E-mail/Text: bankruptcymortgage@suntrust.com Apr 02 2020 19:58:14      Suntrust Bank,
                 Research & Fulfillment,    PO Box 305053,    Nashville, TN 37230-5053
4665721         EDI: ECAST.COM Apr 02 2020 23:43:00      eCAST Settlement Corporation assignee of Citibank,    NA,
                 POB 29262,    New York NY 10087-9262
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC 29603-0587
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
4630941        ##+Advantage Physical Therapy Assoc.,    2821 E. Prospect Road,    York, PA 17402-9213
                                                                                               TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                              Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:

        Brian C Nicholas   on behalf of Creditor   M&T Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        James Warmbrodt   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
        John F Goryl   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
        Joshua I Goldman   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Lawrence V. Young (Trustee)   lyoung@cgalaw.com, pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
        Michael R Caum   on behalf of Debtor 2 Denise J. Rhoades mikecaumesq@comcast.net
        Michael R Caum   on behalf of Debtor 1 Mickey R. Rhoades mikecaumesq@comcast.net
        Thomas I Puleo   on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 9

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mickey R. Rhoades | Social Security number or ITIN xxx–xx–4535 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Denise J. Rhoades | Social Security number or ITIN xxx–xx–3811 |
| | First Name   Middle Name   Last Name | EIN __–_____ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:15–bk–01495–HWV

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mickey R. Rhoades                              Denise J. Rhoades

**By the court:** *[signature]*

4/2/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**